## Commonwealth *v.* Graham, Appellant.

Argued March 17, 1970. *Robert G. Hess,* for

appellant; *James D. Crawford,* Deputy District Attorney, with him *Robert Campolongo,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.